CHARLES GUZZETTA et al., Doing Business as CHARLES T. GUZZETTA & SONS, Appellants, v. HARRY HARRIS, Doing Business as HARRIS WELD-

ING EQUIPMENT COMPANY, Respondent.— Memorandum: In our opinion, the case should be given a preference for immediate trial. (Appeal by plaintiffs from order of Erie Special Term granting motion of defendant to vacate a judgment.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.